# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 14, 2011

No. 10-10484
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIAM RAY NOBLES,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:09-CR-45-1

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent William Ray Nobles
has filed a motion for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967). Nobles has filed a response. Our
independent review of the record, counsel's brief, and Nobles's response discloses
no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.